IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JAN 30 PM 1:58

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. 17-CV00237 GPG
(To be supplied by the court)

Lorene Hodge / Gloria J. Hodge POA, Plaintiff,

v.

Financial Freedom ,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

A rev S

(Rev. 07/06)

## PARTIES

1. Plaintiff **Lorene Hodge / Gloria Hodge** is a citizen of **U.S. America** who presently resides at the following address: **2255 Gaylord St Denver, Co 80205**

2. Defendant **Financial Freedom** is a citizen of _____ who live(s) at or is/are located at the following address:

3. Defendant _____ is a citizen of _____ who live(s) at or is/are located at the following address:

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

    X—————

5. Briefly state the background of your case:

    A reverse mortage was initiated by Financial Freedom for Lorene Hodge (deceased 9/23/2016) on January 5, 2005. The funds were said to be transferred (wire) to Colonial Bank. Lorene Hodge never received any funds.

(Rev. 07/06)      2

| ☐ District Court ☒ Denver Probate Court<br>____Denver____ County, Colorado<br>Court Address: 1430 Bannock St. Room 230<br>Denver, CO 80202 | |
|---|---|
| **In the Matter of the Estate of:**<br>Lorene A. Hodge | DATE FILED: January 11, 2017 |
| | ▲   **COURT USE ONLY**   ▲ |
| **Deceased** | Case Number:<br>2016PR31415 |
| | Division \| Courtroom |
| **AMENDED LETTERS ☒ TESTAMENTARY ☐ OF ADMINISTRATION** | |

Gloria J. Hodge

(name) was appointed or qualified by this Court or its Registrar on __Jan 10, 2017__ (date) as:

☒ Personal Representative.   LETTERS EXPIRE JAN 10, 2020
☐ Successor Personal Representative.

The Decedent died on ___09/23/2016___ (date).

These Letters are proof of the Personal Representative's authority to act pursuant to §15-12-701, et.seq, C.R.S. except for the following restrictions, if any: NONE

Date: __Jan 10, 2017__

_____
Probate Registrar/(Deputy)Clerk of Court

## CERTIFICATION

Certified to be a true copy of the original in my custody and to be in full force and effect as of __JAN 11 2017__ (date).

_____
Probate Registrar/(Deputy)Clerk of Court

Closure of Estate: The Personal Representative (PR) may close an estate informally by submitting JDF-965 or close an estate formally through formal closure procedures to receive a Decree of Discharge. The Court will consider the estate closed if no action is taken for three years. STATUTORY LIMITS ON PROCEEDINGS AGAINST THE PR DO NOT TAKE EFFECT UNLESS THE ESTATE HAS BEEN CLOSED. C.R.S. 15-12-1004, 1005, 1006, 1009

JDF 915  1/09   LETTERS TESTAMENTARY/OF ADMINISTRATION

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① All legal motions/actions for Foreclosure and sale of property be dismissed without prejudice and any Order Authorizing Sale previously be vacated.

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 BANNOCK STREET, RM 256, DENVER, CO 80202 | |
| In the Matter of the Application of CIT BANK, N.A. for an Order Authorizing the Public Trustee of DENVER County Colorado, to Sell Certain Property Under a Power of Sale Contained in a Deed of Trust. | ▲ Court Use Only ▲<br><br>Case No: 2015CV034446<br><br>Div:   Courtroom: |
| **ORDER DISMISSING** | |

THIS MATTER having come on to be heard upon the Motion of Applicant to Dismiss this case without prejudice;

IT IS HEREBY ORDERED that this case is DISMISSED without prejudice, and any Order Authorizing Sale previously entered in this case is hereby vacated.

DATED:_____

BY THE COURT:

_____
Judge/Magistrate

JLF # 15-009788/LORENE HODGE

*Attachment to Order 2015CV034446*

| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | |
|---|---|
| **Plaintiff(s)** CIT BANK NA<br>v.<br>**Defendant(s)** LORENE HODGE | DATE FILED: June 15, 2016 |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2015CV34446<br>Division: 259   Courtroom: |
| Order Dismissing Without Prejudice | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 6/15/2016

*[signature]*

MICHAEL ANTHONY MARTINEZ
District Court Judge

*Rm. 254*

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 BANNOCK STREET, RM 256, DENVER, CO 80202 | |
| In the Matter of the Application of CIT BANK, N.A. for an Order Authorizing the Public Trustee of DENVER County Colorado, to Sell Certain Property Under a Power of Sale Contained in a Deed of Trust. | ▲ Court Use Only ▲ |
| Attorneys:<br>Janeway Law Firm, P.C.<br>9800 S. Meridian Blvd., Suite 400<br>Englewood, CO 80112<br>Phone No: (303) 706-9990<br>Fax No: (303) 706-9994<br>Atty Reg#15592 Lynn M. Janeway (lynn@janewaylaw.com)<br>Atty Reg#16092 Elizabeth S. Marcus (lizmarcus@janewaylaw.com)<br>Atty Reg#40042 David R. Doughty (david@janewaylaw.com)<br>Atty Reg#34531 Alison L. Berry (alisonberry@janewaylaw.com)<br>Atty Reg#46592 Nicholas H. Santarelli (nicksantarelli@janewaylaw.com)<br>Atty Reg#36637 Sheila J. Finn (sheilafinn@janewaylaw.com) | Case No:<br><br>Div:    Courtroom: |
| **NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING SALE** | |

**TAKE NOTICE THAT YOU MAY BE AFFECTED BY THE FORECLOSURE OF A DEED OF TRUST ON THE PROPERTY DESCRIBED BELOW:**

CIT BANK, N.A. ("Applicant") has filed a Motion with this Court, as the holder of an evidence of debt pursuant to C.R.S. 38-38-100.3 (the "Evidence of Debt"), and deed of trust containing the power of sale in the original amount of $382,500.00, executed by Grantor(s) LORENE HODGE dated January 6, 2005 and recorded January 27, 2005 at reception number 2005017452 in the real property records of DENVER County, Colorado (the "Deed of Trust").

The Motion claims that Applicant is entitled to foreclose the lien of the Deed of Trust and to have the property described therein sold by the Public Trustee pursuant to statute because the covenants of the Deed of Trust have been violated and/or Grounds for Acceleration of the Debt and invocation of the power of sale exist, including, but not expressly limited to, the following: This is a Home Equity Conversion Deed of Trust or other Reverse Mortgage. Borrower has died and the property is not the principal residence of any surviving Borrower, resulting in the loan being due and payable. These facts justify invocation of the power of sale for default or circumstances other than nonpayment of sums due.

The Motion requests an order authorizing the Public Trustee to sell this property:
LOTS 29 AND 30, EXCLUDING THE REAR 8 FEET TO CITY, BLOCK 23, MCCULLOUGH ADDITION, CITY AND COUNTY OF DENVER, STATE OF COLORADO

Purported Address: 2255 GAYLORD STREET, DENVER, CO 80205

If you dispute the default or other facts claimed by Applicant to justify this foreclosure, or if you are entitled to protection against the foreclosure under the Servicemembers Civil Relief Act 50

16-013994

U.S.C. § 3901-4043 (2003) you must file and serve a response to the Motion, stating under oath the facts upon which you rely and attaching copies of all documents which support your position. This response must be filed with the Clerk of this Court, at DENVER COUNTY DISTRICT COURT, 1437 Bannock Street, RM 256, Denver, CO 80202 on or before **February 2, 2017**, and a copy of the response must also be mailed, delivered or dated on or before the same date to Janeway Law Firm, P.C., 9800 S. Meridian Blvd., Suite 400, Englewood, CO 80112, fax: (303) 706-9994.

A hearing on the Motion is scheduled for 8:30 A.M. on February 9, 2017, in the civil division of DENVER COUNTY DISTRICT COURT, 1437 Bannock Street, RM 256, Denver, CO 80202. You may attend this hearing with or without an attorney.

**IF NO RESPONSE IS FILED BY FEBRUARY 2, 2017, THE COURT MAY DISPENSE WITH THE HEARING AND AUTHORIZE THE FORECLOSURE AND PUBLIC TRUSTEE'S SALE WITHOUT FURTHER NOTICE.**

If this case is not filed in the county where your property is located, you have the right to ask the Court to move the case to that county. Your request may be made as a part of your response or any paper you file with the Court at least seven days before the hearing.

**IF YOU BELIEVE THAT THE LENDER OR SERVICER OF THIS MORTGAGE HAS VIOLATED THE REQUIREMENTS FOR A SINGLE POINT OF CONTACT IN SECTION 38-38-103.1, COLORADO REVISED STATUTES, OR THE PROHIBITION ON DUAL TRACKING IN SECTION 38-38-103.2, COLORADO REVISED STATUTES, YOU MAY FILE A COMPLAINT WITH THE COLORADO ATTORNEY GENERAL, THE FEDERAL CONSUMER FINANCIAL PROTECTION BUREAU, OR BOTH, AT:**

Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone (720) 508-6000
www.coloradoattorneygeneral.gov

Consumer Financial Protection Bureau
P.O. Box 4503
Iowa City, Iowa 52244
Phone (855) 411-2372.
www.consumerfinance.gov

**THE FILING OF A COMPLAINT WILL NOT STOP THE FORECLOSURE PROCESS.**

16-013994

Notice issued: January 12, 2017

Attorneys for Plaintiff/Applicant
JANEWAY LAW FIRM, P.C.

Lynn M. Janeway #15592
David R. Doughty #40042
Elizabeth S. Marcus #16092
Alison L. Berry #34531
Nicholas H. Santarelli #46592
Sheila J. Finn #36637
JLF# 16-013994

Address of Plaintiff/Applicant: 75 North Fair Oaks Avenue, Pasadena, California 91103
The notice and motion are being filed simultaneously with the mailing of this notice. You may obtain the court's case/civil action number by contacting the court or our office.

**THIS FIRM IS DEEMED TO BE A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR THIS DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THE COLLECTION ACTION DESCRIBED IN THIS NOTICE SHALL BE AGAINST THE REAL PROPERTY THAT SECURES THE DEBT AND NOT AGAINST YOU PERSONALLY.**
PT # 2017-000005

16-013994

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. That the reverse mortgage be null and voided, as the borrower did not recieve funds.

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT | | Page 2 of 2 |
|---|---|---|---|---|
| L. SETTLEMENT CHARGES | | | | |
| 700. TOTAL SALES/BROKER'S COMMISSION: based on price $ @ %= | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| Division of Commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | |
| 801. Loan Origination Fee | % | URBAN FINANCIAL GROU | 5,100.00 | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee | to | LINDA CLUBINE | 350.00 | |
| 804. Credit Report | to | INFO/LAND AMERICA | 20.00 | |
| 805. Lender's Inspection Fee | | | | |
| 806. Mortgage Insurance Application Fee | to | | | |
| 807. Service Release Premium | to | Service Release Premium $429.00 - POC | | |
| 808. Repair Admin Fee | to | | | |
| 809. Flood Cert Fee | to | First American Flood | 20.00 | |
| 810. Compliance Certificate | to | | | |
| 811. Tax Service Fee | to | | | |
| 812. Broker Fee POC | to | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest From | to | @ $ /day | | |
| 902. Mortgage Insurance Premium for 2.0000% | months to | | 5,100.00 | |
| 903. Hazard Insurance Premium for | years to | | | |
| 904. | years to | | | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City Property Taxes | months @ $ | per month | | |
| 1004. County Property Taxes | months @ $ | per month | | |
| 1005. Annual Assessments | months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. | months @ $ | per month | | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement or closing fee | to | FRONT RANGE TITLE | 185.00 | |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation (see Note below) | to | FAND | 125.00 | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above items numbers: | to | | | |
| 1108. Title insurance | to | CHICAGO TITLE INSURANCE C | 962.00 | |
| (includes above items numbers: | to | | | |
| 1109. Lender's coverage | $ | 255,600.00 | | |
| 1110. Owner's coverage | $ | | | |
| 1111. Title Endorsements | to | FRONT RANGE TITLE LLC | 160.00 | |
| 1112. 5.1, 100, 115 | | | | |
| 1113. TAX CERT: FRONT RANGE TITLE | | | 25.00 | |
| Note: The overall fee may also include item 1107 | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording fees: Deed $ 116.00 | ; Mortgage $ | ; Releases $ | 116.00 | |
| 1202. City/county tax/stamps Deed $ | | ; Mortgage $ | | |
| 1203. State tax/stamps Deed $ | | ; Mortgage $ | | |
| 1204. RELEASE PROCESSING: FRONT RANGE TITLE | | | 21.00 | |
| 1205. | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. Courier Fee | to | FRONT RANGE TITLE | 70.00 | |
| 1304. | | | | |
| 1305. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | | 12,254.00 | |

I have prepared the HUD-1 Settlement Statement. HUD1-04/87

_____  By: _____  _____
Company                          Representative                    Date

The HUD-1 Settlement Statement is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

FRONT RANGE TITLE, LLC      By: _____   1-06-05
Settlement Agent                 Representative                Date

SF31 : 03/04



July 7, 2014

Ms. Lorene Hodge
2255 Gaylord Street
Denver, CO 80205

Re:   **Financial Freedom Loan Number: 7034420**

Dear Ms. Hodge:

We received your letter on June 17, 2014 regarding the above-referenced Home Equity Conversion Mortgage (HECM) obtained by you in January 2005. Financial Freedom, a division of OneWest Bank N.A.® (Financial Freedom), services your loan on behalf of the owner of the loan. Thank you for bringing these concerns to our attention. We appreciate the opportunity to address them.

Our records indicate the loan was originated by a mortgage broker, Urban Financial Group, Inc. (UFG) and was funded by Financial Freedom Senior Funding Corporation (FFSFC). On March 19, 2009, Financial Freedom Acquisition LLC (FFA) acquired certain assets of FFSFC, including the servicing rights with respect to your loan. On July 21, 2011, the servicing rights were transferred from FFA to Financial Freedom. As Financial Freedom was not involved in the origination of your loan, we have no knowledge of any events that may have occurred during the origination of the loan other than what is reflected in the servicing records we were provided when we acquired the servicing rights.

Our records reflect that FFSFC wire transferred the loan funds in the amount of $188,742.66 to the settlement agent, Front Range Title, LLC, on January 11, 2005. A copy of our records reflecting that wire transfer is enclosed marked as **Attachment A**.

We also tried to contact Front Range Title, LLC, to obtain evidence of how they disbursed the funds due to you in the amount of $155,347.30 at the loan closing as shown on the enclosed copy of the HUD-1 Settlement Statement. We are informed that Front Range Title, LLC, is no longer in business, therefore, we are unable to assist you further in determining how the loan proceeds were disbursed.

Ms. Hodge
7/7/2014
Page 2 of 2

Should you have any questions, please know you may contact Cris Vivero with our Customer Contact Team toll-free at (866) 727-4303 or via email at crisantema.vivero1@owb.com.

Sincerely,

*[signature]*
on behalf of

Jeanne Porter
Customer Experience Analyst

Enclosure

*This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, if a bankruptcy petition has been filed and there is either an "automatic stay" in effect in the bankruptcy case, or the debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.*

DEC-30-2004 THU 12:12 PM FRONT RANGE TITLE         FAX NO. 303 0559        P. 08

# FRONT RANGE TITLE, LLC
730 East Bridge St • Brighton, CO 80601
Ph 303.637.0091 • Fx 303.637.0559

ATTN: _____

## WIRE INSTRUCTIONS

UNION COLONY BANK
1600 East Bridge Street
Brighton, Colorado 80601
303/659-1622

ABA #107003353

CREDIT TO ACCOUNT # 01-55547

ACCOUNT NAME: FRONT RANGE TITLE, LLC Escrow Account

\* \* \*NOTE!!! Our bank's wire department is closed by 3:30 p.m. Mountain Time each day. Please keep this in mind when ordering funds. Funds not received by the time of closing WILL NOT DISBURSE!\* \*

Please reference the file number and file name when wiring. Should you have any questions, do not hesitate to call.

Kelly Kinnear
Senior Escrow Closer
E-mail: kellyk@frii.com



\* F F 8 0 0 6 6 \*
Wiring Instructions

2015116315
Page: 1 of 2
08/18/2015 05:05 PM     R $16.00     D $0.00
City & County of Denver                ASN
Electronically Recorded

Prepared by, Recording Requested By
and Return to:
John Heywood
Brown & Associates
2316 Southmore
Pasadena, TX 77502
340483

## ASSIGNMENT OF DEED OF TRUST

**Loan: 7034420**

Min: 100854900070344201     MERS Phone: 1-888-679-6377

FHA Case Number: 0523606883

*FOR VALUE RECEIVED*, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, whose address is P.O. Box 2026, Flint, MI 48501-2026, **AS NOMINEE FOR FINANCIAL FREEDOM ACQUISITION LLC, ITS SUCCESSORS AND ASSIGNS**, does hereby assign and transfer to **CIT BANK, N.A., ITS SUCCESSORS AND ASSIGNS**, forever and without recourse, whose address is 2900 Esperanza Crossing, Austin, TX 78758, all its right, title and interest in and to a certain deed of trust from **LORENE HODGE** to **FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, A SUBSIDIARY OF INDYMAC BANK, F.S.B.** for $382,500.00, dated 1/6/2005 of record on 1/27/2005 as Document 2005017452, in the **DENVER** County Clerk's Office, State of **COLORADO**.

Property Address: 2255 GAYLORD STREET, DENVER, COLORADO 80205

Executed this ___AUG 0 5 2015___

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FINANCIAL FREEDOM ACQUISITION LLC, ITS SUCCESSORS AND ASSIGNS**

By: _/s/ M Davis_
MELINDA LEA DAVIS
Title: ASSISTANT SECRETARY

26. **Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. [Check applicable box(es).]

☐ Condominium Rider ☐ Shared Appreciation Rider ☐ Planned Unit Development Rider
☐ Other (Specify)

BY SIGNING BELOW, Borrower accepts and agrees to the terms contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

_____ (Seal)
LORENE HODGE                         -Borrower

_____ (Seal)
                                     -Borrower

———————————— [Space Below This Line For Acknowledgment] ————————————

STATE OF  COLORADO                            COUNTY SS: DENVER

The foregoing instrument was acknowledged before me this  JANUARY 06, 2005  , by
LORENE HODGE

Witness my hand and official seal.

_____
Notary Public

My commission expires: _____

```
KEVIN WARD
NOTARY PUBLIC
STATE OF COLORADO
```
My Commission Expires 12/01/2007

91XB : 05/97                       Page 8 of 8

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① Punitive damages be awarded in the amount of $46,000,000 (forty-six million).

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 1-30-17

_Glen J. Hodge POA. Roane Hodge_
(Plaintiff's Original Signature)

2255 Gaylord St
(Street Address)

Deny Co 80205
(City, State, ZIP)

720-544-9528
(Telephone Number)

(Rev. 07/06)                                6

JS 44 (Rev. 12/11) District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**: Lorene Hodge / Gloria Hodge P.A.

**DEFENDANTS**: Financial Freedom

**(b)** County of Residence of First Listed Plaintiff: Denver
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | | 423 Withdrawal 28 USC 157 | 400 State Reapportionment |
| 130 Miller Act | 315 Airplane Product Liability | 690 Other | PROPERTY RIGHTS | 410 Antitrust |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 430 Banks and Banking |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 830 Patent | 450 Commerce |
| 151 Medicare Act | 340 Marine | | 840 Trademark | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | LABOR | SOCIAL SECURITY | 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 490 Cable/Sat TV |
| 190 Other Contract | 360 Other Personal Injury | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | 362 Personal Injury - Med. Malpractice | 751 Family and Medical Leave Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| 196 Franchise | | | 865 RSI (405(g)) | 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | 893 Environmental Matters |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | TAX SUITS | 895 Freedom of Information Act |
| [x] 220 Foreclosure | 441 Voting | 463 Alien Detainee | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | 871 IRS - Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | IMMIGRATION | |
| 245 Tort Product Liability | 445 Amer. w/Disabilities Employment | 535 Death Penalty | 462 Naturalization Application | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities Other | Other: | 465 Other Immigration Actions | |
| | 448 Education | 540 Mandamus & Other | | |
| | | 550 Civil Rights | | |
| | | 555 Prison Condition | | |
| | | 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of rights. Interstate Theft & Fraud.

Brief description of cause: [ ] AP Docket
Reverse Mortgage proceed's where sent to another party / never recoup funds

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE