# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00237-LTB

GLORIA J. HODGE, and
LORENE HODGE,

    Plaintiffs,

v.

FINANCIAL FREEDOM,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 10, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiffs.

    DATED at Denver, Colorado, this 10th day of March, 2017.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk

                               By: s/D. Kalsow
                                   Deputy Clerk